

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**RONALD LOFTON**

                      **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Criminal Action No.
05-MJ-307**

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Complaint No. 05-MJ-307, only as against defendant RONALD LOFTON.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    _X_ Other: <u>The defendant was convicted in Oneida County Court by his plea of guilty to the felony of conspiracy, 4th degree. He was sentenced on August 3, 2006 to one year imprisonment. By agreement of the parties, said conviction and sentence is in satisfaction of this federal charge.</u>

With respect to this dismissal, defendant (check one):

_X_ Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

>GLENN T. SUDDABY
>United States Attorney
>
>By: *[signature]*
>Lisa M. Fletcher
>Assistant U.S. Attorney
>Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: Aug 23 '06
Syracuse, New York

Hon. Gustave J. DiBianco
United States Magistrate Judge

2