ORIGINAL

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 24 2006
____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

v.

**RONALD LOFTON**

        **Defendant.**

**Criminal Action No.
05-MJ-307**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Complaint No. 05-MJ-307, only as against defendant RONALD LOFTON.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: The defendant was convicted in Oneida County Court by his plea of guilty to the felony of conspiracy, 4th degree. He was sentenced on August 3, 2006 to one year imprisonment. By agreement of the parties, said conviction and sentence is in satisfaction of this federal charge.

With respect to this dismissal, defendant (check one):

_X_ Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY
United States Attorney

By: *[signature]*
Lisa M. Fletcher
Assistant U.S. Attorney
Bar Roll No. 510187

Leave of court is granted for the filing of the foregoing dismissal.

Dated: Aug 23 '06
Syracuse, New York

Hon. Gustave J. DiBianco
United States Magistrate Judge